IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| JAMES F. NEWPORT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 09-0476-CV-W-DGK |
| | ) | |
| STEPHEN DONALD GROSS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Now before the Court is Plaintiff pro se James Newport's "28 U.S.C. § 455 Request for Judicial Disclosure of Extrajudicial Conflicts of Interest" (doc. 85) and "Complainant's 2nd Motion for 28 U.S.C. § 455 Request for Judicial Disclosure of Extrajudicial Conflicts of Interest" (doc. 105). Newport requests the Court, and its law clerks, disclose any relationships with Defendants or their counsel in this case.

The Court is always mindful that § 455(a) requires that "[a]ny justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." The Court and its staff have no relationship with any of the parties or their attorneys. The Court assures the parties that it is impartial and that there is no basis on which its impartiality might reasonably be questioned in this case.

The motions are GRANTED.

**IT IS SO ORDERED.**

Date: March 29, 2011              /s/ Greg Kays
                                  GREG KAYS, JUDGE
                                  UNITED STATES DISTRICT COURT

1